56 A.3d 865

IN THE MATTER OF TERENCE JOHN DAHL, AN ATTORNEY AT LAW (ATTORNEY NO. 041142002).

December 6, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–108, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **TERENCE JOHN DAHL** of **RIDGEWOOD,** who was admitted to the bar of this State in 2003, should be reprimanded for violating *RPC* 1.4(b) (failure to comply with client's reasonable requests for information), and good cause appearing;

It is ORDERED that **TERENCE JOHN DAHL** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.